IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| vs.                                                             ) | |
| ) | |
| $35,000.00 IN UNITED STATES            ) | 8:08CV344 |
| CURRENCY,                                                 ) | |
| ) | SCHEDULING ORDER |
| Defendant,         ) | |
| ) | |
| DANIEL K. HITCHCOCK,                         ) | |
| ) | |
| Claimant.        ) | |

Upon review of the Report of Parties' Rule 26(f) Planning Conference (Doc. 14),

**IT IS ORDERED** that the court will delay entering an initial progression orders to facilitate immediate negotiations or mediation. Claimant's counsel shall report to the court, by letter, no later than November 20, 2008, regarding the status of settlement discussions.

DATED October 15, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge