IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   Plaintiff, ) | Case No. 8:08CV344 |
| ) | |
| v. ) | |
| ) | |
| $35,000.00 IN UNITED STATES ) | |
| CURRENCY, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| DANIEL HITCHCOCK, Claimant. ) | |

At the conclusion of the hearing on July 31, 2009, on claimant's Motion to Suppress Evidence and Statements/Motion in Limine (#28), I stated my reasons on the record and my decision that the motion to suppress be denied in part and granted in part. In accordance with that announcement,

**IT IS ORDERED:**

1. The Motion to Suppress Evidence and Statements/Motion in Limine (#28) is denied as to the search of the Cadillac and granted as to all statements made by the claimant, Daniel Hitchcock, to Nebraska State Patrol Sergeant Greg Kallhoff.

2. The clerk shall cause a transcript of the hearing to be prepared and filed.

3. Counsel shall contact chambers no later than August 7, 2009 to schedule a status conference with the undersigned to set the case for trial.

Dated this 31st day of July 2009.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge